IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TOMMY AND JO ANN BRISTOW, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No.  6:14-cv-00551-JHP |
| | ) |
| UNITED HOME INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Tommy Bristow and Jo Ann Bristow and Defendant United Home Insurance Company, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate that the above-styled and numbered action is dismissed with prejudice, with each party bearing their own costs and attorney's fees.

*s/ J. Drew Houghton*
(*Signed by filing counsel with permission*)
J. Drew Houghton, OBA No. 18080
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK   73189
Telephone: 405-232-880
Facsimile: 405-601-1103
Email:   dhoughton@fosheeyaffe.com

Larry Bache
MERLIN LAW GROUP
777 S. Harbour Blvd., Suite 950
Tampa, FL   33602

ATTORNEY FOR PLAINTIFFS

*s/Michael T. Maloan*
Larry D. Ottaway, OBA No. 6816
larryottaway@oklahomacounsel.com
Michael T. Maloan, OBA No. 15097
michaelmaloan@oklahomacounsel.com
Jason T. Rogers, OBA No. 18454
jasonrogers@oklahomacounsel.com
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma 73102
Telephone: (405) 232-4633
Facsimile: (405) 232-3462

ATTORNEYS FOR DEFENDANT
UNITED HOME INSURANCE COMPANY